# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ROBERT LEROY BUTLER,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 24-cv-368-GAG-DES |
| **FRANK J. BISIGNANO,** Commissioner of the Social Security Administration, | ) |
| **Defendant.** | ) |

## ORDER

The undersigned has reviewed the administrative record (Docket No. 10), as well as the parties' respective briefs (Docket Nos. 12, 15), report & recommendation (Docket No. 16), as well as the objection and reply thereto (Docket Nos. 17, 18).

I conclude that the appealed agency decision is indeed supported by substantial evidence of record. See Noreja v. Soc. Sec. Comm'r, 952 F. 3d 1172, 1177 (10th Cir. 2020). In doing so I am cognizant that my role does not allow me to reweigh the evidence nor apply my own judgment over that of the administrative law judge (ALJ). Id. at 1178.

Plaintiff posits that the ALJ erred in evaluating the opinions of medical sources and in considering his obesity. Here, I concur with Magistrate Judge Snow that the ALJ followed the proper legal disability framework throughout the sequential five step evaluation process.

Accordingly, I hereby ADOPT in its entirety the detailed reasoning in Judge Snow's Report & Recommendation (Docket No. 16). The Commissioner's decision finding plaintiff not disabled is thus AFFIRMED. Judgment shall be entered accordingly.

So Ordered.

_/s/ Gustavo A. Gelpí_ _____
**GUSTAVO A. GELPÍ**
Circuit Judge, U.S. Court of Appeals for the First Circuit
Sitting by designation
